## NO. F16-59528-N
## (COURT OF APPEALS NO. 05-17-00391-CR)

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
01/31/2018 10:16:43 AM
LISA MATZ
Clerk

| | | |
|---|---|---|
| **BILAWAL SHAHZADA** | § | **IN THE 195TH JUDICIAL** |
| | § | |
| **V.** | § | **DISTRICT COURT OF** |
| | § | |
| **THE STATE OF TEXAS** | § | **DALLAS COUNTY, TEXAS** |

## ORDER – FINDINGS AND RECOMMENDATIONS

Pursuant to the Orders of the Court of Appeals issued December 29, 2017, this Court makes the following FINDINGS and RECOMMENDATIONS:

### I.

Appellant desires to prosecute the appeal. Appellant is indigent. His appointed counsel on appeal is the Honorable Christian T. Souza.

### II.

Counsel has not abandoned the appeal. Mr. Souza informed this Court that he failed to timely file a brief on behalf of Appellant due to his heavy appellate docket workload. In support, Mr. Souza presented to this Court a list of cases representing his pending appellate docket.

### III.

This Court recommends that the Court of Appeals grant Mr. Souza an additional 60 days to file Appellant's brief.

**SIGNED and ENTERED** this the __26__ day of January 2018.

_____
HONORABLE HECTOR GARZA
PRESIDING JUDGE